UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                                Case No. 08-mc-44-SM

<u>Daniel N. Hanson</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 1, 2008. The taxpayer, Daniel N. Hanson, is ordered to obey the summons and ordered to appear on November 12, 2008 at 9:30 a.m. at Suite 900, 1000 Elm Street, Manchester, New Hampshire, before Diane M. Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of February 13, 2008. It is further ordered that the government be awarded its costs.

      SO ORDERED.

October 27, 2008                             /s/Steven J. McAuliffe
                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Daniel N. Hanson, pro se
        Gretchen Leah Witt, AUSA